United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUBEN LANDON DANTE, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. 4:23-MC-02105 |
| | § | |
| POWER HOME REMODELING GROUP, | § | |
| LLC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

**IT IS ORDERED**: The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

□ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

□ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

□ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons

and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service.

□ Granted Conditionally:

The clerk is ordered to file the complaint. It's the responsibility of the Plaintiff to prepare and have one summons issued for each of the defendants named in your complaint pursuant to Fed. R. Civ. P. 4. The AO 440 Summons form is available on the U.S. Courts website, www.uscourts.gov, in the Forms section. You are also responsible for service of the summons and complaint unless otherwise ordered by the court. If you do not have summons issued and served within 90 days of the filing of your complaint, the court may dismiss the case.

**X Denied:**

This application is denied for these reasons: **The answers to questions 3 and 8 are incomplete. In addition, the approximate value of the automobile was not provided in the answer to question 5.**

SIGNED at Houston, Texas on November 30, 2023.

George C. Hanks Jr
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE